[No. 11018-1-II. Division Two. November 29, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT R. BAKER, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 87-1-00014-1, Gary W. Velie, J., entered May 14, 1987. *Affirmed* by unpublished opinion per

Petrie, J. Pro Tem., concurred in by Reed, C.J., and Petrich, J.